# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GABRIEL MORALES, | 1:20-cv-10026 |
| Plaintiff, | |
| v. | **ORDER** |
| THE UNIQUE BEGINNING CATERERS LIMITED LIABILITY COMPANY, d/b/a SHAMONG DINER & RESTAURANT, and MANNY MONTIERO, | |
| Defendants. | |

**O'HEARN, District Judge.**

This matter comes before the Court upon Plaintiff, Gabriel Morales' ("Plaintiff") Motion for Settlement Approval, unopposed by Defendants, The Unique Beginning Caterers Limited Liability Company and Manny Montiero ("Defendants"). (ECF No. 21). The Court did not hear oral argument pursuant to Federal Rule of Civil Procedure 78. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this __9th__ day of __December__, 2021

**ORDERED** that Plaintiff's Motion for Settlement Approval is **GRANTED** as to all of the terms of the Agreement; and it is further

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that within 60 days after entry of this Order (or such additional period

authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

**SO ORDERED.**

                                               */s/ Christine P. O'Hearn*
                                               CHRISTINE P. O'HEARN
                                               United States District Judge